946

No. 74–561. RICHARDS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 74–571. INDIANA & MICHIGAN ELECTRIC Co. v. FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 74–574. NATIONAL NUTRITIONAL FOODS ASSN. ET AL. v. FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–575. SEGURA, AKA TOMANENG v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 74–578. BURKHART v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–579. TUCKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–583. MCCONNELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–592. SUTHERLAND v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 74–595. SIMPKINS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–607. CLEVELAND MILLS Co. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 74–620. IRONS v. DANN, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied.